The People of the State of New York, Respondent, v. Pasquale Julliano, Appellant.— Judgment of conviction of the County Court of Richmond county affirmed. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, ex rel. Francis R. Hitchcock, Appellant, v. The Officers of the Union Ferry Company of New York and Brooklyn, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Herman Richter, Respondent, v. Lena Kratenstein and Others, Defendants. Willie Oster, Purchaser, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Rose Sanit, Appellant, v. Jacob Blank, Respondent.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Herman Armour Smith, Respondent, v. Charles B. Flynn, Appellant. — In view of the nature of the cause of action, and the defenses raised, defendant has legitimate grounds to examine plaintiff before trial. Being satisfied of defendant's good faith the court in its discretion may allow such discovery and with the right to examine as to all the defenses raised. (*Herbage* v. *City of Utica*, 109 N. Y. 81; *Alden* v. *O'Brien*, 138 App. Div. 249; *Kornbluth* v. *Isaacs*, 149 id. 108.) While ordinarily we are not disposed to review such an exercise of discretion by the Special Term, we think that the examination here sought can throw much light upon these issues, and that, therefore, in the interests of justice it should be granted. Order of the Special Term in so far as appealed from reversed, with ten dollars costs and disbursements, and plaintiff's motion to vacate order for examination denied, with ten dollars costs. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Alexander Stewart, Respondent, v. Herbert A. Newbury and Others, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Oscar R. Taylor, Respondent, v. Hiter King, Appellant.— There was no laches shown which should deprive the defendant of a bill of particulars. (*Tilton* v. *Gans*, 155 App. Div. 612.) The allegations of the complaint as to the nature of the contract and the damages recoverable were such as to entitle the defendant to a bill of particulars under appropriate conditions. The order is, therefore, reversed, with ten dollars costs and disbursements, and the motion for a bill of particulars granted, without costs. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Sarah H. Barnes and Others, Appellants, v. Midland Railroad Terminal Company, Respondent.— Motion granted. Order resettled and signed. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.